PROB 12B
(6/21)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Individual Under Supervision: Jaqueleen Valdez | Cr.: 21-00126-001 |
| | PACTS #: 6513151 |

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/04/2021

Original Offense:   Count One: Attempt and Conspiracy to Commit Mail Fraud, 18 U.S.C. 1349

Original Sentence: 1 Days imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Financial Disclosure, Location Monitoring Program, No New Debt/Credit, Fine

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/05/2021

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.

☑   To modify the conditions of supervision as follows:

**COMMUNITY SERVICE (50 hours over 6 months)**

You must contribute **50** hours of community service work over a period of **6 months** or less, from the date of the modification of supervised release commences. Such service will be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

On August 4, 2021, Ms. Valdez was sentenced by Your Honor to 1 day imprisonment and 36 months supervised release. In addition to the standard conditions of supervised release, the following special conditions were imposed: 18 months Location Monitoring Program **(satisfied)** No New Debt and Financial Disclosure. Your Honor additionally ordered a special assessment fee of $100.00 and a fine in the amount of $2,500.00 (**fines are paid in full**).

On December 17, 2022, Ms. Valdez was arrested by officers from the Port Authority Police Department and charged with the following offenses: (1) Driving While Intoxicated; (2) Reckless Driving; (3) Failure to Stop or Yield; and (4) Disregard of Marked Lanes. Her BAC reading was 0.205 at the time of her arrest. She was released to a friend and her vehicle was impounded.

On January 10, 2023, Ms. Valdez made her initial appearance in Fort Lee Municipal Court and her case remains pending. Ms. Valdez called the U.S. Probation Office when she was arrested and admitted to drinking with her coworkers at TAO Restaurant and Bar after her work shift ended.

Prob 12B – page 2
Jaqueleen Valdez

Ms. Valdez had been in full compliance with her release conditions prior to this arrest. She is employed as a hostess and bartender in various bars and restaurants in New York City, her fines are paid in full, and she has complied with her location monitoring schedules.

On February 13, 2023, we presented Ms. Valdez with a Waiver of Hearing to Modify the Conditions of Supervised Release (Probation Form 49), in lieu of a Violation of Supervised Release Hearing.

The U.S. Probation Office is seeking this modification of Ms. Valdez' conditions of supervised release to include **50** hours of Community Service work over a period of **6 months** or less. This additional condition will serve as punishment and deterrence.

If Your Honor believes there should be a different recommendation, please advise. The undersigned can be reached at (973)223-0101.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso A. Fernandes*

By:  AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

*Kevin M. Villa*          2/14/23

KEVIN M. VILLA            Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐  The Extension of Supervision as Noted Above

☐ x The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐   No Action

☐   Other

s/Stanley R. Chesler, U. S. D. J.

2/14/2023
Date